FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ SEP 01 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
THE ESTATE OF YARON UNGAR, *et al.*,

    Plaintiffs,

v.

THE PALESTINIAN AUTHORITY, *et al.*,

    Defendants.

------------------------------------------------------------x

Misc. Case No.:

**MISC 10-0593**
(D.R.I. Case No.: CA 00-105L (RRL))

JOHNSON, J

## NOTICE OF MOTION TO QUASH SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45(c)(3) and Fed. R. Civ. P. 69(a)(2) and upon the accompanying Declaration of Charles L. Kerr, dated September 1, 2010, and the Memorandum of Law in support thereof, non-parties Morrison & Foerster LLP and Mark David McPherson will move this Court, located at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an order quashing two subpoenas issued from this Court by counsel for Plaintiffs. The first subpoena, dated August 26, 2010, commands Mr. McPherson, one of the attorneys representing The Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip (the "Pension Fund" or "Fund"), to appear at a deposition on September 3, 2010. The second subpoena, dated August 27, 2010, directs Morrison and Foerster LLP, counsel to the Pension Fund, to produce, by September 2, 2010, certain communications with financial institutions concerning certain assets of the Pension Fund.

ny-939325

Dated: New York, New York  
September 1, 2010

MORRISON & FOERSTER LLP

By: _____  
Charles L. Kerr

1290 Avenue of the Americas  
New York, New York 10104-0050  
Telephone: (212) 468-8000  
Ckerr@mofo.com

Pro Se *for Morrison & Foerster LLP and as Counsel for Mark David McPherson*